# United States District Court

__Middle__ DISTRICT OF __Alabama__

Lisa Minton

v.

Culligan Water, Inc

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV878-C

TO: (Name and address of defendant)

Registered Agent
Culligan Water, Inc.
2002 Ross Clark Circle
Dothan, Al 36301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

C. Michael Quinn
Wiggins, Childs, Quinn + Pantazis, LLC
301 19th Street North
B'ham, Al 35203

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

[signature]
(BY) DEPUTY CLERK

Sept. 14, 2005
DATE