**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 12, 2005

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Minton    vs.   Culligan Water, Inc.**
**Case Number:1:05cv878 (C)**

**Referenced Docket Entry -   Answer - Doc. 4**

**This Notice of Correction was  filed in the referenced case on this date to  correct the  PDF document..  Please see the correct PDF document to this notice.**