IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LISA MINTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 1:05-CV-878-C |
| CULLIGAN WATER INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

**COMES NOW**, the undersigned, **Joshua D. Wilson,** and gives notice of appearance as counsel of record for the Plaintiff, Lisa Minton.

Respectfully submitted,

s/Joshua D. Wilson
Joshua D. Wilson
ASB # 3398 J73W
Attorney for Plaintiff

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

1

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles Keith Hamilton
Bainbridge, Mims, Rogers & Smith, LLP
The Luckie Building – Suite 415
600 Luckie Drive
Birmingham, Alabama 35223


Done this  14th   day of  November , 2005

           s/ Joshua D. Wilson
           Of Counsel