IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LISA MINTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 1:05-CV-878-C |
| CULLIGAN WATER, INC., | ) ) |
| Defendant. | ) ) |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

11/1/05
Date

_[signature]_
Signature

C. Michael Quinn
Counsel For (print name of all parties)

301 19th Street North Bham, Al 35203
Address, City, State Zip Code

205-314-0500
Telephone Number

**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**