IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

LISA MINTON,                          )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )     CIVIL ACTION NO. 1:05-CV-878-C
                                      )
CULLIGAN WATER, INC.,                 )
                                      )
        Defendant.                    )

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_October 26, 2005_
Date

Signature

TRUMBULL BOTTLED WATER, INC.
Counsel For (**print** name of all parties)

P.O. Box 530886  BIRMINGHAM AL 35253-0886
Address, City, State Zip Code

(205) 879-1100
Telephone Number

# DO NOT ELECTRONICALLY FILE THIS DOCUMENT