IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LISA MINTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  1:05-CV-878-C |
| | ) | |
| CULLIGAN WATER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On September 14, 2005, the plaintiff filed this action naming Culligan Water, Inc. as

the sole defendant.  (Compl. at ¶ 8, p. 2) On October 11, 2005, Trumbull Bottled Water, Inc.

d/b/a Culligan of the Wiregrass filed an answer denying the allegations of the complaint.

(Doc. # 4).  On November 15, 2005, the parties filed a Report of the Parties' Planning

Conference.  (Doc. # 8).  In that document, the parties note that

> Trumbull Bottled Water, Inc. is not a named defendant, but was served with
> the Summons and Complaint directed to the defendant designated "Culligan
> Water, Inc." Trumbull Bottled Water, Inc. does business in Dothan, Alabama
> as Culligan of the Wiregrass.  Trumbull is not aware of nay entity named
> "Culligan Water, Inc."

(Doc. # 8, at 2, fn.1)

Accordingly, upon consideration of the parties' representation that there is no entity named

Culligan Water, Inc., it is

ORDERED that on or before November 30, 2005, the parties shall show cause why

Trumbull Bottled Water, Inc. d/b/a Culligan of the Wiregrass should not be substituted as the

named defendant in this case.

Done this 17th day of November, 2005.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE