**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 18, 2005

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style: Lisa Minton    vs. Culligan Water, Inc.
Case Number:1:05cv878-C

**Referenced Docket Entry -   Report - Doc. No. 8**

**This Notice of Correction was  filed in the referenced case on this date to  correct the  PDF document..  Please see the correct PDF document to this notice.**