IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LISA MINTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 1:05-CV-878-C |
| CULLIGAN WATER INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

## RESPONSE TO ORDER TO SHOW CAUSE

**COMES NOW**, Plaintiff, in the above-styled matter and responds to this Court's Order to show cause of November 17, 2005 (Doc. 11).

In response, it is Plaintiff's position that Trumbull Bottled Water, Inc. d/b/a Culligan of the Wiregrass should be substituted as the named defendant in this case.

Respectfully submitted,

s/Joshua D. Wilson
C. Michael Quinn
Joshua D. Wilson

*Attorneys for Plaintiff*

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles K. Hamilton, Esq.
Attorney for Trumbull Bottled Water, Inc. d/b/a Culligan of the Wiregrass
Bainbridge, Mims, Rogers & Smith, LLP
The Luckie Building – Suite 415
600 Luckie Drive
Birmingham, Alabama 35223


     Done this  22th  day of  November , 2005


                                                 s/ Joshua D. Wilson
                                                 Of Counsel