# Exhibit A

# United States District Court

Middle _____ DISTRICT OF _____ Alabama

Lisa Minton

V.

Culligan Water, Inc

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:05CV878-C

TO: (Name and address of defendant)

Registered Agent
Culligan Water, Inc.
2002 Ross Clark Circle
Dothan, AL 36301

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

C. Michael Quinn
Wiggins, Childs, Quinn + Pantazis, LLC
301 19th Street North
Bham, Al 35203

an answer to the complaint which is herewith served upon you, within __30__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                          Sept. 14, 2005
CLERK                                     DATE

[signature]
(BY) DEPUTY CLERK