IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LISA MINTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  1:05-CV-878-C |
| | ) | (WO) |
| CULLIGAN WATER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On September 14, 2005, the plaintiff filed this action naming Culligan Water, Inc. as

the sole defendant.  (Compl. at ¶ 8, p. 2) On October 11, 2005, Trumbull Bottled Water, Inc.

d/b/a Culligan of the Wiregrass filed an answer denying the allegations of the complaint.

(Doc. # 4).   On November 15, 2005, the parties filed a Report of the Parties' Planning

Conference.  (Doc. # 8).  In that document, the parties note that

> Trumbull Bottled Water, Inc. is not a named defendant, but was served with
> the Summons and Complaint directed to the defendant designated "Culligan
> Water, Inc."  Trumbull Bottled Water, Inc. does business in Dothan, Alabama
> as Culligan of the Wiregrass.  Trumbull is not aware of nay entity named
> "Culligan Water, Inc."

(Doc. # 8, at 2, fn.1).  On November 11, 2005, the court ordered the parties to show cause

why Trumbull Bottled Water, Inc. d/b/a Culligan of the Wiregrass should not be substituted

as the named defendant in this case.  (Doc. # 11).  On November 22, 2005, the plaintiff filed

a response in which she indicated she had no objection the substitution of Trumbull Bottled

Water as the named defendant.  (Doc. # 14).

However, on November 30, 2005, Trumbull Bottled Water, Inc. d/b/a/ Culligan of the Wiregrass filed a motion to dismiss and response to the court's order.  In the motion, Trumbull asserts that "[a]lthough it has answered the Complaint and participated in the required parties' planning meeting, Trumbull does <u>not</u> concede that it is a proper defendant in this case."  (Doc. # 15).  According, upon consideration of the motion to dismiss and response to the court's order, it is

ORDERED that on or before **December 12, 2005**, the plaintiff shall file a response to the defendant's motion to dismiss.  It is further

ORDERED that oral argument on the defendant's motion to dismiss be and is hereby SET for **December 13, 2005 at 2:00 p.m.**  This proceeding shall be conducted by telephone conference.  The defendant shall set up the telephone conference.

Done this 2nd day of December, 2005.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE