# United States District Court

Middle _____ DISTRICT OF _____ Alabama

Lisa Minton

V.

Culligan Water, Inc

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV878-C

TO: (Name and address of defendant)

Registered Agent
Culligan Water, Inc.
2002 Ross Clark Circle
Dothan, Al 36301

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

C. Michael Quinn
Wiggins, Childs, Quinn + Pantazis, LLC
301 19th Street North
Bham, Al 35203

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

[signature]
(BY) DEPUTY CLERK

DATE Sept. 14, 2005

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 9-21-05 |
| NAME OF SERVER (PRINT) Robert Sisson | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Cristy Ballard Culligan Water Inc. 2002 Ross Clark Circle, Dothan, AL 36301

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-21-05
Date

Signature of Server

3720 4th Av. South
B'ham AL. 35222
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.