

CULLIGAN OF THE WIREGRASS
2002 ROSS CLARK CIRCLE
DOTHAN, AL 36301
PHONE 334-678-8050
FAX 334-702-0424

July 8, 2005

Leon Kennedy
Enforcement Supervision
US Equal Employment Opportunity Commission

Re: Lisa Minton
    EEOC Charge No. 130-2005-02509

Mr. Kennedy,

    Our office originally responded to these charges by fax on 7 March of the year 2005. Attached is a copy of the original fax sent to your office on the date mentioned. If any further responses are required please contact Pete Rawlins at our Dothan office (334) 678-8050.

Sincerely,

Pete Rawlins
PR/cb

