IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LISA MINTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  1:05-CV-878-C |
| | ) |
| TRUMBULL BOTTLED WATER, INC., | ) |
| d/b/a/ CULLIGAN OF THE | ) |
| WIREGRASS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the court is the November 30, 2005, motion to dismiss (doc. # 15) filed by the defendant and the plaintiff's motion to amend filed on December 9, 2005. Oral argument was held on December 13, 2005. Upon consideration of the motions and for good cause, it is

ORDERED that the motion to amend the complaint be and is hereby GRANTED and the motion to dismiss be and is hereby DENIED as moot.

The Clerk of the Court is DIRECTED to correct the docket sheet to reflect Trumbull Bottled Water, Inc.,d/b/a/ Culligan of the Wiregrass, as the proper defendant in this matter.

Done this 13th day of December, 2005.

　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE