# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA SOUTHERN, DIVISION

| | | | |
|---|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA | |
| DATE COMMENCED: | 12/13/05 | AT | 2:02 p.m. to 2:05 p.m. |
| DATE COMPLETED: | 12/13/05 | AT | FTR RECORDING |

LISA MINTON

    Plaintiff

vs..    CASE NO. 1:05CV878-CSC

CULLIGAN WATER, INC., et al

    Defendant

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Joshua Wilson | | Atty. Charles Hamilton |

### COURT OFFICIALS PRESENT:

| | |
|---|---|
| COURTROOM DEPUTY: WANDA STINSON | LAW CLERK: CORRIE LONG |

---

( X ) OTHER PROCEEDINGS:   ***ORAL ARGUMENT via TELEPHONE RE****: MOTION TO DISMISS AND MOTION TO AMEND COMPLAINT*

# SEE MINUTES ATTACHED

| LOG OF PROCEEDINGS ELECTRONICALLY RECORDED |||
|---|---|---|
| **Description** | OA via Telephone - 05cv878-CSC re: Motion to Dismiss ||
| **Date** | 12/13/2005 | **Location** Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 2:02:17 PM | Court | Conference call begins; Discussions as to pending motions in case: Motion to Amend or correct the Complaint and the other, Motion to Dismiss; |
| 2:03:20 PM | Atty. Hamilton | Response; |
| 2:03:57 PM | Court | Discussion as to motion to amend and does the motion correctly identify the entity that is the proper deft; |
| 2:04:15 PM | Atty. Hamilton | Yes, the name is stated correctly. Response; |
| 2:04:25 PM | Court | Will deny motion to dismiss and grant motion to amend; Planning report has been files and the court will enter a scheduling order; |
| 2:05:11 PM | Atty. Hamilton | Addresses court as to amended complaint; |
| 2:05:26 PM | Court | Response; |
| 2:05:40 PM | Court | Conference call ends |