IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LISA MINTON, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05-CV-878-C |
| ) | |
| TRUMBULL BOTTLE WATER, ) | JURY TRIAL DEMAND |
| INC., d/b/a CULLIGAN OF THE ) | |
| WIREGRASS, ) | |
| ) | |
| DEFENDANT. ) | |

_____

**JOINT MOTION TO AMEND UNIFORM SCHEDULING ORDER**
_____

**COME NOW,** Plaintiff and Defendant in this action who jointly move this Court to amend the Uniform Scheduling Order, specifically Section 2 regarding dispositive motions from the present deadline of March 25, 2006 until April 21, 2006. As grounds for said motion, Plaintiffs and Defendants jointly state:

Pursuant to the Uniform Scheduling Order, Section 2, any dispositive motions shall be filed no later than Ninety (90) Days prior to the pretrial hearing, which is scheduled for June 23, 2006. Such dispositive motions are therefore due to be filed by March 25, 2006. However, Plaintiff and Defendant are in agreement and jointly request that this court extend this deadline to April 21, 2006.

The reason for requesting such extension is that Plaintiff, for personal reasons, has had to reschedule her deposition which was set for March 3, 2006. Because Defendant has been unable to depose Plaintiff at this point, Defendant will be unable to file a dispositive motion by the date of

1

March 25, 2006.  By granting such extension, Defendant will have time to file such a motion after taking Plaintiff's deposition.  Plaintiff and Defendant are currently working on a date between March 17 and March 24, 2006 to reschedule Plaintiff's deposition.  Neither party anticipates having to reschedule such deposition again.

Such an extension should not effect any other deadlines (especially the pre-trial conference on June 23, 2006, nor the trial date of July 31, 2006) as set out in the scheduling order.  Furthermore, neither party anticipates any other changes to any other date in the scheduling order and feel the case is otherwise on schedule.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff and Defendant jointly move to amend the Uniform Scheduling Order, specifically Section 2 to allow the parties an extension until Friday April 21, 2006 to file any dispositive motions.  Counsel for all Plaintiffs and all Defendants have agreed to this arrangement and therefore this motion is filed jointly.

Respectfully submitted this the **3rd day of March, 2006** with both parties agreeing on the report as set out above and with permission for signing electronically.

/s/ Joshua D. Wilson
Attorneys for Plaintiff
C. Michael Quinn
Joshua D. Wilson
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

/s/ Charles K. Hamilton
Attorney for Trumbull Bottled Water, Inc.
Charles K. Hamilton

Bainbridge, Mims, Rogers & Smith, LLP
The Luckie Building – Suite 415
600 Luckie Drive
Birmingham, Alabama 35223