## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| LISA MINTON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 1:05-cv-878-CSC** |
| | ) | |
| CULLIGAN WATER, INC., | ) | |
| | ) | |
| **Defendant.** | ) | |

## EVIDENTIARY SUBMISSION
## IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant Trumbull Bottled Water, Inc. d/b/a Culligan of the Wiregrass ("Trumbull")

submits the following evidence in support of its Motion for Summary Judgment:

Exhibit A:     Deposition of Lisa Minton

Exhibit B:     Affidavit of Jay Trumbull

/s/ Charles K. Hamilton
Charles K. Hamilton
Attorney for Trumbull Bottled Water, Inc.

OF COUNSEL:

BAINBRIDGE, MIMS, ROGERS & SMITH, LLP
The Luckie Building, Suite 415
600 Luckie Drive
Post Office Box 530886
Birmingham, Alabama 35253
(205) 879-1100
(205) 879-4300 (fax)
khamilton@bainbridgemims.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of April, 2006, I electronically filed the foregoing **Evidentiary Submission in Support of Motion for Summary Judgment** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mr. C. Michael Quinn
Mr. Joshua D. Wilson
WIGGINS, CHILDS, QUINN AND PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203


/s/ Charles K. Hamilton
OF COUNSEL