IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LISA MINTON, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:05-CV-878-C |
| | ) | |
| TRUMBULL BOTTLE WATER, | ) | JURY TRIAL DEMAND |
| INC., d/b/a CULLIGAN OF THE | ) | |
| WIREGRASS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**
_____

**COMES NOW**, Plaintiff, pursuant to Section 3 of this Court's Scheduling Order (Doc #18, Uniform Scheduling Order, filed December 13, 2005) and states that the parties have conducted settlement negotiations and are still attempting to come to an agreement. However, the parties do not believe that mediation will be helpful at this time. Plaintiff believes that mediation may beneficial at a later date.

                Respectfully submitted,

                /s/ Joshua D. Wilson
                C. Michael Quinn
                Joshua D. Wilson

                *Attorneys for Plaintiff*

**OF COUNSEL**:
WIGGINS, CHILDS, QUINN AND PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

## CERTIFICATE OF SERVICE

    I do hereby certify that on this the     16th     day of   May   , 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles K. Hamilton
Bainbridge, Mims, Rogers & Smith, LLP
The Luckie Building – Suite 415
600 Luckie Drive
Birmingham, Alabama 35223


            /s/ Joshua D. Wilson
            Of Counsel