**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 19, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Minton v. Trumbull Bottled Water, Inc. dba Culligan of the Wiregrass
      Civil Action No. 1:05-cv-00878-CSC

The above-styled case has been reassigned to Magistrate Judge Vanzetta Penn McPherson.

Please note that the case number is now **1:05-cv-00878-VPM**.

This new case number should be used on all future correspondence and pleadings in this action.