IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LISA MINTON, ) | |
| ) | |
|     PLAINTIFF, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05-CV-878-VPM |
| ) | |
| TRUMBULL BOTTLED WATER, ) | JURY TRIAL DEMAND |
| INC., d/b/a CULLIGAN OF THE ) | |
| WIREGRASS, ) | |
| ) | |
|     DEFENDANT. ) | |

**PLAINTIFF'S EVIDENTIARY SUBMISSION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
_____

    **COMES NOW**, Plaintiff Lisa Minton, through undersigned counsel, and submits the following evidentiary submission in Opposition to the Defendant's Motion for Summary Judgment:

1.    Lisa Minton Deposition Excerpts

2.    Affidavit of Lisa Minton

3.    Affidavit of Michelle Potter

4.    Affidavit of Jay Trumbull

5.    Defendant's Interrogatory Responses, #4

6.    Culligan Advertisement: "Hey Culligan Man"

                                Respectfully submitted,

/s/ Joshua D. Wilson
C. Michael Quinn
Joshua D. Wilson

*Attorneys for Plaintiff*

**OF COUNSEL**:

WIGGINS, CHILDS, QUINN AND PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

**CERTIFICATE OF SERVICE**

       I do hereby certify that on this the   20th   day of   June  , 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles K. Hamilton  
Bainbridge, Mims, Rogers & Smith, LLP  
The Luckie Building – Suite 415  
600 Luckie Drive  
Birmingham, Alabama 35223  
Phone: (205) 879-1100  
Fax: (205) 879-4300  

          /s/ Joshua D. Wilson  
          Of Counsel