## AFFIDAVIT OF LISA MINTON

Pursuant to 28 USC, sec. 1746, I declare under penalty of perjury that the following is true and correct.

1. My name is Lisa Minton, and I am over the age of eighteen (18) years. I make this affidavit under penalty of perjury, freely, and voluntarily, under no coercion, threat, or intimidation, and without promise of benefit or reward, based on my own personal knowledge. This affidavit is being given in connection my complaint filed against Culligan Water, Inc. If called to testify, I could and would testify consistent with the matters stated herein.

2. On January 26, 2005 I responded to an advertisement in the Dothan Eagle Newspaper about a job opening at Culligan Water.

3. I went inside the local Culligan Dealership to apply for the delivery/route sales position.

4. I was told by one of the hiring employees that I could not apply for the position because I was a female.

5. The man stated that "we are not hiring females for this position."

6. I was fully capable and qualified to apply and/or be hired for such position as I had prior delivery/route sales position experience.

7. I was fully capable of performing the physical requirements of the position.

_____          *Lisa M. Minton*
Date of Execution                  Lisa Minton
                                   Affiant

*Traci Dawn Holley*                Initials: L M M

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Dec 6, 2006
BONDED THRU NOTARY PUBLIC UNDERWRITERS

1