## AFFIDAVIT OF MICHELLE POTTER

Pursuant to 28 USC, sec. 1746, I declare under penalty of perjury that the following is true and correct.

1. My name is Michelle Potter, and I am over the age of eighteen (18) years. I make this affidavit under penalty of perjury, freely, and voluntarily, under no coercion, threat, or intimidation, and without promise of benefit or reward, based on my own personal knowledge. This affidavit is being given in connection with the complaint filed by Lisa Minton against Culligan Water, Inc. If called to testify, I could and would testify consistent with the matters stated herein.

2. On January 26, 2005 I was with Lisa Minton when she went inside the local Culligan Dealership to apply for the delivery/route sales position. She was responding to an advertisement in the Dothan Eagle Newspaper about a job opening at Culligan Water.

3. I waited in the car when she went inside the Culligan Dealership to fill out an application.

4. When she returned to the car, she was shocked and disappointed because she was told by the hiring employee inside that the company was not hiring females for the position.

_10-11-05_
Date of Execution

Michelle Potter
Affiant

Initials: M.P

Notary:

State of Alabama
County of Houston

Michelle Ashworth

MY COMMISSION EXPIRES JANUARY 5, 2009