

©2005 Culligan International Company Terms & Conditions | Privacy Statement