IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LISA MINTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV878-VPM |
| | ) | [WO] |
| TRUMBULL BOTTLED WATER, | ) | |
| d/b/a CULLIGAN OF THE | ) | |
| WIREGRASS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION

On 20 June 2006, the plaintiff filed a Motion For Continuance of Discovery or Leave of Court to Take Deposition (Doc. # 32). The plaintiff seeks a continuance of the discovery deadline, or in the alternative, permission to take the depositions of Pete Rawlins and Jay Trumbull as well as a continuance of the pretrial conference set for 28 June 2006. The motion for continuance of the pretrial conference is unopposed, but the defendant filed its opposition to the motion for continuance of discovery on 27 June 2006 (Doc. # 33). The court has conducted a telephone conference with counsel on these motions. Accordingly, it is ORDERED as follows:

1. The motion for continuance of the discovery deadline is DENIED.

2. The motion for leave of court to take the depositions of Pete Rawlins and Jay Trumbull is GRANTED, provided that the depositions are taken on or before 14 July 2006.

3. The motion for continuance of the pretrial conference is GRANTED.

4. Trial counsel are DIRECTED to appear for a pretrial conference on 20 July 2006 at 10:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The parties are further DIRECTED to prepare for filing with the court on that date a Pretrial Order which shall include joint stipulations of fact and the parties' positions on the issues.

5. The court will carry the pending motion for summary judgment with the trial.[1]

6. Jury selection and trial will proceed, as scheduled, on 31 July 2006 at 10:00 a.m. in Dothan, Alabama before the undersigned.

7. The parties shall finally notify the court on or before 26 July 2006 whether the case has been or will be settled.

8. If the entry on the docket sheet in this case which purports to terminate the final pretrial deadlines is intended to change any of the pretrial deadlines and/or the trial of this case, the Clerk of the court is DIRECTED to strike the entry from the docket sheet.

DONE this 6th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] This case was assigned to the undersigned on 15 June 2006.