IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LISA MINTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRUMBULL BOTTLED WATER, )<br>d/b/a CULLIGAN OF THE )<br>WIREGRASS, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 1:05CV878-VPM |

# ORDER

The court is advised that the parties have settled this case. Accordingly, it is

ORDERED that, on or before 28 July 2006, the parties shall file their Joint Stipulation of Dismissal.

DONE this 6th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE