IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LISA MINTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRUMBULL BOTTLED WATER, INC., )<br>d/b/a CULLIGAN OF THE WIREGRASS, )<br>)<br>Defendant. )<br>) | Case No. 1:05-cv-878-VPM |

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties and hereby jointly STIPULATE to the DISMISSAL WITH PREJUDICE of all claims in this action, costs to be taxed as paid.

_____
Charles K. Hamilton
Attorney for the Defendants
Bainbridge, Mims, Rogers & Smith, LLP
Suite 415, The Luckie Building
600 Luckie Drive
Post Office Box 530886
Birmingham, Alabama 35253
(205) 879-1100
(205) 879-4300 (fax)

_____
Joshua D. Wilson
Attorney for the Plaintiff
Wiggins, Childs, Quinn and Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500
(205) 254-1500 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2006, I electronically filed the foregoing **Joint Stipulation of Dismissal** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mr. C. Michael Quinn
Mr. Joshua D. Wilson
Wiggins, Childs, Quinn and Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

Mr. Charles K. Hamilton
Bainbridge, Mims, Rogers & Smith, LLP
Suite 415, The Luckie Building
600 Luckie Drive
Post Office Box 530886
Birmingham, Alabama 35253

_____
OF COUNSEL