IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LISA MINTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05CV878-VPM |
| ) | |
| TRUMBULL BOTTLED WATER, ) | |
| d/b/a CULLIGAN OF THE ) | |
| WIREGRASS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On 7 July 2006, the parties filed a Joint Stipulation of Dismissal (Doc. # 36). Upon the court's review of the joint stipulation, it is ORDERED and ADJUDGED as follows:

1   This action is hereby dismissed with prejudice; and

2.   The costs of this action should be taxed as paid.

The clerk of court is DIRECTED to TERMINATE all pending motions in this case.

DONE this 11th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE